UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

Daniel Thomason Smith )
    Plaintiff )
)
      VS. )
)
) Civil Action No. 1:18cv 615
)
) Administrative Tort Claim No.
) TRT-SCR-2018-03402
)
**UNITED STATES OF AMERICA, et al** )
President Donald Trump; )
Vice President Mike Pence; )
All U.S. Senators: )
Attorney General Matthew Whitaker )
Dept. of Health & Human Services, )
Director; )
Bureau of Prisons Director; )
Acting Warden/F.C.I. Beaumont- )
(Medium) Dallas B. Jones; )
Correct Care Solutions/ )
Medical League Concepts; )
Secretary of State Washington DC )
Mike Pompeo; )
Secretary of State of Texas; )
ALL Employees/Offices names known )
and unknown; )
(Defendants) )

**FILED**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**DEC - 7 2018**

**BY**
**DEPUTY**_____

---

    Plaintiff, Daniel Thomason Smith, brings this action against the UNITED STATES OF AMERICA, pursuant to the Federal Tort Claims Act, so that this Court has jurisdiction of this subject matter pursuant to 28 U.S.C. Section 1346 (b) (1), [28 U.S.C. Sections 2671 et seq.], U.S.C. Section 1331, 2401 (b), 2671-2680, and granted by 28 C.F.R. Section 0.172, and the First and Fourth Amendments to the United States of America's Constitution, and the Federal Tort Claims Act.

    Said claim is being presented as a matter of right arising out of private injuries and violations of Due Process of Law; Violations of State and Federal Statute 'Equal Protection of Law'; Violations of Cruel and Unusual Punishment, Fraud and Dishonor; False Imprisonment; Wrongful Imprisonment; Physical, Emotional and Mental Anguish; Violations of both Civil and Human Rights; Denial of Access to Court/Law Library; Negligence; Misapplication of Statutes and Conspiracy; Aiding & Abetting and Aiding & Abbetting Mail Fraud of United States Mail, and Sexual Assault, totally ignored EVEN WITH opportunity for the Office of the Inspector General in Washington D.C. to answer to the plaintiff and they ignored the plaintiff.

1. Plaintiff has complied with all prerequisites to a Law Suit under the Federal Tort Claims Act to wit:

A. On May 10th 2018, Daniel Thomason Smith, the plaintiff timely filed an administrative claim for the matters in dispute in this action in the amount of $75,000,000.00 U.S.D. (Seventy-Five Million Dollars), of account/credit with the Risk Management Office located at 344 Marine Forces Drive, Grand Prairie, Texas 75051.

B. Plaintiff copied via Certified Mail, the Warden of F.C.I. Beaumont.

C. The defendant(s) by and through it's agency, Risk Management, denied Plaintiff's administrative claim and on August 23, 2018, mailed their notice of denial, of which a copy is attached hereto, to this complaint as Exhibit HIDE FROM MANDATORY OATH.

The **RiskManagement**, and the counsel have taken a pre-planned 'spin' of a response to the plaintiff to some sort of a belief that the U.S. employees, are above the law, Not Accountable, for damages to the plaintiff. The defendants were served via U.S. Certified Mail and they agreed to NOT Rebut any of the Plaintiff's claims and thereby assent to all claims and are clearly at fault, as stipulated, repeatedly, with in the verification page of the Affidavit(s) AND within the Tort Claim and memorandum clearly attached, and the defendant's ALL had a mandated duty to their 'Oath of Office' to uphold the sanctity of the Supreme Law, as it pertains to the People (the Plaintiff Declares to be one of the People). The defendants breached their agreement pursuant to the direct violations of the Plaintiff's Human and Civil Rights by failing to respond to the Affidavit(s) and claim(s). The Assaults and the blatant U.S. Mail Fraud, which runs rampant throughout the entire places known as 'facilities' within the world of incarceration, is abominable and despicable.

The defendant's decisions to remain silent, after notice to respond, lawfully, further exemplifies the Inhumane treatment and cruel and unusual punishment, violation of Human and Civil Rights, etc... Moreover, the letter, sent Certified Mail ending in 9685 clearly demonstrates the issues at hand, AND the continuous U.S. Mail Fraud to INCLUDE a staff member of high rank verbally confirming he found 'a huge' bundle of U.S. Mail in the trash, which was inmates mail. The Warden and his staff know EXACTLY ALL of the fraud that they are committing and the attached Lab Results further prove my serious health issues caused by the BLACK MOLD. PERIOD.

Excuses are null and void as is established within the documents, and for Defendants to rebut all claims IF there really is a discrepancy of facts, which there is NOT, and Defendants decided to 'pass' and remain silent.

Thus, the Plaintiff is requesting the Honorable Court to grant the Defendant(s) accountable and grant the Plaintiff the sum certain established within the Tort Claim, to be $75,000,000.00 U.S.D. of account/credit, plus any and all Court Costs and Fees. Being a reasonable man, I offered a pre-settlement in good-faith, which was neither responded to in any way, shape, or form. See FOURTH letter sent via U.S. Certified Mail, and RE-sent by Certified Registration # 7010 3090 0003 3372 6882 (F.C.I. Beaumont, by staff members and Acting Warden Dallas B. Jones committed U.S. Mail Fraud, yet again, throwing away my Cert. U.S. Mail Reg.# ending in 7473, see letter,) illustrating clarity to seriousness of my health issues pursuant to the Black Mold. He (Regional Director-D.S.C.C.) completely ignored me and the Director of the B.O.P. in Wash. D.C. I have been to 'sick call' 160 TIMES, only to be ignored or turned away. November 27, 2018, I told the nurse at my "wellness check" I have serious health issues, only to be told to come to sick call. She would NOT listen to me. Emphasis!!

Place of Confinement
F.C.I. Beaumont (Medium)
C/O P.O. Box 26040
Beaumont, Texas 77720
**Reg.# 29163-380**

Signed this 29 day of November 2018
By: _Daniel T. Smith_
Daniel Thomason Smith UCC1-308
Secured Party Creditor
Authorized Representative/
Attorney in Fact in behalf of
DANIEL THOMASON SMITH(C) TRUST
Ens Legis

**NOTE:**
Lab Results attached to exemplify serious health issues currently sustained and coughing up of blood, unable to breath, etc.. See letters written to the Warden, which he ignores, and ALL of the staff!! Letters to Jason Sickler-Regional Counsel-Grand Prairie, Tx., & to the American Correctional Assoc. & Standards & Accreditation in Alexandria, Va; and they even called me to talk to an elder man from their office when they came in late May, 2018, and he listened to me and then passed on responsibility like every-one else and their disgusting lack of care for mankind. I have TWO points, which is like zero, meaning they all know I am NOT supposed to be in this disgusting, abominable facility, as I am no threat to anyone!! I am sick and tired of all of the gangs, fighting, drugs, drinking, racial tension, tear gas, mace, pepper spray,etc.. sprayed on me so I can't breath, because of the despicable flaw in the BOP system, placing someone like me in this disciplinary place, full of murderers, dope selling, knife slashing, people. Kids, half or less of my age. What am I doing here?? I have no idea. Daniel Thomason Smith is an educated, white male, that can't even spell traffic citation. Emphasis Added.

## CERTIFICATE OF AFFIRMATION: COMPLIANCE: & SERVICE

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is either my own direct knowledge of the legal principles and historical facts involved and with respect to which I hold myself out as an expert or statements made or documents provided to me by third parties whose veracity I reasonably assumed. Thus, the statements are made under penalty of perjury. Further the Affiant sayeth naught.

### COMPLIANCE

I certify that the foregoing brief is not more than 55 pages in length. I also certify that it is in compliance.

### SERVICE

I, Daniel Thomason Smith, do certify that I have read the following brief and that it is true and correct to the best of my ability. I also certify that, pursuant to 28 U.S.C. Section 1746, on the day of $30$ , IN the month of $November$, 2018, I have placed a copy of the foregoing pleading in the United States Mail with U.S. Postage pre-paid and affixed thereto to be mailed to the following below by placing said pleading in the hands of prison officials here where I am located pursuant to the 'mailbox rule' . I am at F.C.I. Beaumont (Medium)

Reg. # 29163-380
c/o P.O. Box 26040
Beaumont Texas   77720

UCC 1-308
Daniel T. Smith
11-30-18

DISTRICT CLERK OR THE HONORABLE MAGISTRATE JUDGE GIBLIN

U.S. Court House      300 Willow Street
                      Beaumont, Texas 77702

## Addresses

President Donald J. Trump
  The White House
  1600 Pennsylvania Ave
  Washington, D.C. 20220

. Vice Pres. Pence — same

U.S. Senators
Federal Government Building
133 Hart Building Wash.D.C. 20510

  Atty. General
        Whitaker
  950 Pennsylvania Ave
      D.C.    20530


Director F.B.O.P.
  320 First St. NW
    D.C. 205~~33~~34

Secretary of State
  2201 c street NW
    D.C. 20520

Secretary of State of Texas
    P.O. Box 13193
    Austin, Tx. 78711-3193

Warden FCI Beaumont (medium)
  P.O. Box 26040
                77720

Correct Care Solutions

  3343 Perimeter Hill Drive
    Nashville, Tn. 37211

Medical League Concepts


Dept. Health & Human Services
  330 C Street SW
    Wash D.C. 20416

AFFIDAVIT IN SUPPORT OF CLAIM

STATE OF TEXAS

County of Jefferson          Certified Mail: 7010 3090 0003 3372 5755

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed no more than (affidavits) is necessary to make a prima facie case"
UNITED STATES v. Kis 685 F.2d 526, (7th cir.1981):cert.denied. U.S.L.W. 2169:
S.Ct March 22,1982


To Respondent(s): President Donald Trump; Vice President Mike Pence; All
U.S. Senators; Dept. of Justice (Atty. General); Department of Health and
Human Services (Director); Bureau of Prisons (Director); Acting Complex Warden
Dallas B. Jones (FCC Beaumont); Correct Care Solutions/ Medical League
Concepts; Secretary of State of Washington D.C. and Texas; and ALL Employees/
Officers names known and unknown.

RE: Private Administrative Remedy Process Claim

The Undersigned Affiant, Mr. Daniel Thomason Smith, Secured Party, herinafter
"Affiant" does solemnly swear, declare and states as follows:

1. Affiant, being a living and breathing Man, is competent to state matters
set forth herein.
2. Affiant has personal knowledge of the facts stated herein.
3. All of the facts stated herein are true, correct and complete admissible
as evidence, and if called upon as a witness, Affiant will testify to their
veracity.
4. That the governing law of this private contract in the agreement of the
party's supported by the law merchant and applicable maxim of law established
by silence, acquiesence and the tacit agreement.


Plain Statement of Facts

5. I, Daniel Thomason Smith, the Affiant, am filing  this Affidavit in Support
of my Private Administrative Remedy Claim for damages, as a matter of right,
arising out of private injuries and violations of: UNLAWFUL and HARMFUL Detention
/ IMPRISONMENT; PHYSICAL RESTRAINT; DISTRESS; PHYSICAL, MENTAL, and
EMOTIONAL ANGUISH; VIOLATIONS of the Constitution of the UNITED STATES;
Violations of both State and Federal statute of 'violation of Equal Protection
of the Law'; and Violation of both Civil and Human Rights.

6. I the Affiant, was injured by the Respondent(s), and by Dallas B. Jones,
Acting Complex Warden (Respondent) to the FCC BEAUMONT, pursuant to his
decision of pure and deliberate lack of United States Mail Delivery from FCC
Beaumont, whether the mail goes to FCC Beaumont mailroom(s), U.S.P. etc..etc...
The Respondent and ALL of the staff of FCC Beaumont clearly know and have
all of the knowledge that MY LEGAL AND CERTIFIED UNITED STATES POSTAL SERVICE
MAIL is property of the party to whom was addressed on the envelope(s).

7. The fact that I, the Affiant, had a specific set of documents prepared for the United States District Court in the Western District of Texas, and that became property of the party to whom was addressed, and of extreme time sensitive data, deadline for further proceedind, re-release was of utmost importance to be sent, immediately to the United States District Court, on the day after I gave the envelope to staff of FCC Beaumont. The reason why I gave to staff of FCC Beaumont,LEGAL,CERTIFIED MAIL is clearly emphasized and once I gave staff my LEGAL CERTIFIED U.S. MAIL and I said " this is certified mail to the United States District Court and handed the mail to the staff of FCC Beaumont, and the staff watched me seal the envelope and took the envelope from me; thus at that time became property of the United States District Court, as the recipient, who I addressed on the Certified Mailed Envelope.

8. On January 9, 2018, at 8:55 p.m. I gave my Legal and Certified Mail Envelope to FCC Beaumont staff, as the staff personal witnessed my placing of my legal documents into the envelope, and subsequently sealed the envelope in the presence of the staff. The United States Postal Service Tracking # on the properly sealed envelope is 7010 3090 0003 3372 5731.

9. On January 11,15th,19th the Certified Registration, via the United States Postal Service System was still not available. So I diligently worked to obtain a number to call and spoke to a Ms. Henderson at U.S.P.S on January 23, 2018, and I specifically asked her "if their tracking system was down, or malfunctioning in any way shape or form". She said "no" and "that everything was fine" and she asked me what the number was that I needed tracked. She called it back to me twice as she stated the "number was indeed unavailable".

10. On January 22, 2018, I spoke to the Assistant Warden about the seriousness of our United States Mail. She told me she "was aware of issues" and that I "needed to speak to Ms. Colon, who is over the mailroom".The fact of the matter is we have no mailroom, and she knows that is the case. Emphasis added. Regardless, I, the Affiant have been injured because the facility, FCC Beaumont, has held,hidden,and, or confiscated My Legal and Certified Mail.

11. The typical testimony of the other U.S. Mail horror stories regarding FCC Beaumont is documented and within one of the Exhibits as an attachment to this Affidavit. Note for the record Edward O Kun has had several complaints and non responses to the serious mail issue, and his lack of delivery, both out going and incoming.

12. On January 27, 2018, Ms.Bell who is of staff personnel of FCC Beaumont told me and three other inmates that "the mail was sitting in big huge, bundles in the mail room complex warehouse". Ms.Bell handles arts+crafts, and the mailing of leather and goods made in the "leather shop" located within indoor recreation at FCC Beaumont (Medium). Ms.Bell said the so-called mailroom complex warehouse is located a quarter of a mile from the Medium and the Camp, and is at the U.S.P(Penitionary). So needless to say, many, many, people (inmates) are having their mail with held.

page 2 of 4

Consequently, instead of being treated as "people", we are receiving rights in latitude with slaves. Be it known that one of the other inmates who distinctly knows, remembers, heard, listened to, and made eye contact with Ms.Bell state above true, and correct statement regarding OUR U.S. mail is indeed, Edward O Kun, via attached Exhibit as part of this affidavit, under oath, and my oath of testimony.

13 I the Affiant, have been and am currently sustaining additional injury on a daily basis, pursuant to the decision by Dallas B. Jones and the other responsible parties within the B.O.P. not to rectify the "Black Mold" existence throughout the dormitories, and the cafeteria, and the bathrooms, and showers, and all other areas or rooms not mentioned. My injury is due to the "abatement" process, or the lack thereof, due to a "cover up" in December of 2016 or January 2017. According to fellow inmate Earl Cain, federal I.D. #84796-379   , "the cafeteria was no more than painted over the air vents and various walls over only a two day period, to cover up the "Black Mold". The obvious fact is, that does not anywhere mean, and no way shape, form, or fashion constitute an "abatement" to rid the cafeteria of Black Mold. Emphasis added. Mr. Cain then said, " I work in facilities and all of the staff members have talked about and know that Black Mold is every where in the kitchen, and the cafeteria and in the dormitories". And that was a year ago, so you know thats why you cough all the time because the mold is now one hundred times worse after Hurricane Harvey and the severe flooding we experienced Mr. Smith, right before you arrived here", said Mr. Cain. So it is clearly evident that the headaches, trauma after stomachaches, and persistent coughing, are of direct relation to the ever prevalent Black Mold.

14. On February 6, 2018, the "Captain", is quoted, " the mail is indeed sitting across the field in the mailroom complex warehouse". We asked him when he would send it out and he said, he "did not know". This incredible fact is just that Incredible.

ATTACHMENTS

Exhibit 101- Correspondence to Associate Warden

Exhibit 102- Correspondence to Unit Manager

Exhibit 103 Tracking Number Inquiry

Exhibit 104 Correspondence to Mr. Brooks as " Education Specialist

Exhibit 105- Correspondence to Ms. Colon in charge of the so called "mailroom"

Exhibit 106- Copy of U.S. Postal Service Recipt

Exhibit 107– Rex Sistos– testimony of U.S. Mail NOT sent

Exhibit 108– Rex Sistos– Correspondence to a high rank official who admits mail is being detained

Exhibit 109– Edward Okun testimony of F.C.I Beaumont holding his mail

Exhibit 110– Joseph Guerra's testimony of disgust of mail delivery and typical attempt to communicate with staff to just deliver his U.S. Mail.

Today, March 8, 2018, The facility FCC BEAUMONT/Medium are or, is holding this Affidavit and Tort Claim. Emphasis Added. The Certified Mail # 7010 3090 0003 3373 2678 is UNavailable and was sent ONE week ago. So, their games are in full force. Therefore, this particular set of documents shall be the original documents as the above name mentioned has more than likely, opened and tampered with my previous documents.

Verification

The Undersigned Affiant, Daniel T. Smith , certifies on Affiant's commercial liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly swear, declare and state that the statements, allegations, demands and contents contained herein are the truth, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

NOTICE TO PRINCIPAL IS NOTICE TO AGENTS
NOTICE TO AGENTS IS NOTICE TO PRINCIPAL

YOU HAVE THIRTY (30) DAYS IN WHICH TO REBUT THIS AFFIDAVIT, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204. A LACK OF RESPONSE ON YOUR PART MEANS YOU ASSENT TO THIS AFFIDAVIT AND A FAULT, UCC 1-201(16) EXISTS CREATING A FRAUD THROUGH MATERIAL MISREPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC., EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

FURTHER AFFIANT SAITH NOT

Date: 3/14/18

Signed: _Daniel T. Smith_
Without Prejudice UCC 1-207
One of the People

JURAT

County of Jefferson

State of Texas

SUBSCRIBED AND SWORN before me this 14th day of March A.D. 2018.

_Dextel Dwane Word_ Seal
Notary Public Signature
My Commission Expires September 2, 2019 .

DEXTEL DWANE WORD
Notary Public, State of Texas
My Commission Expires
September 02, 2019

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint.   This form shall be used to document your efforts towards informally resolving your grievance.

**Inmate Name:** _Smith, Daniel_  **Reg. No.:** _29163-380_  **Unit:** _QB_

_1-16-18_

**Specific Complaint and Requested Relief:** _Emergency U.S. mail search for all of us._

On Tuesday January 9, 2018, I sent, by + through, staff of F.C.I. Beaumont (med.) my certified mail to the U.S. District Court, + has yet to even be recorded as "in transit" by the U.S. Postal Service. Thus, the mail is "held" in this facility as I write this grievance. The above is true + correct because I called U.S.P.S. + a Ms. Arnold told me "that is the only reason the U.S. Mail Certified Registration # 7010 3090 0003 3972 5731 has not already been delivered, Not to mention 'tracked' within our system." It is appalling that you all cannot even hand our U.S. Mail to the U.S.P.S. employees! I'm researching the prisoners rights and you all are in clear violation of U.S. Federal Criminal Statutory Codes for holding, hindering, tampering, retarding, delaying, + confiscating my + other inmates U.S. Mail. Every person I talk to says you all have been doing this "repeatedly forever". Mail Box Rule + Prisoners - Has entered the U.S. Legal Mail System when placed into possession of Federal Bureau of Prisons staff for U.S. Mail Delivery. Blacks Law Dictionary - Ninth Edition. This serves + constitutes as notice of your criminal conduct and confirmation of your receipt of this notice is confirmed for further receipt of this notice to Warden Dallas B. Jones to rectify damages for avoiding a cause as tort feasor via mail fraud.

**Efforts Made By Inmate To Informally Resolve Grievance (be specific):** _I've gone to front office daily to receive a spin job by Acting Warden Dallas B. Jones, Ms. Colon-mailroom supervisor and to discover that there is NO mailroom. They even try to say there is a compound headquarters when there is no such thing. It's a fallacy. It's a hoax._

**Counselor's Comments:** _____

_____
**Correctional Counselor's Review / Date**

_____
**Unit Manager's Review / Date**

_Without Prejudice/Without Recourse_

_1-16-18 Daniel  UCC 1-207_

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint.   This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: _Smith, Daniel_ Reg. No.: _29163-380_ Unit: _QB_

1-16-18

Specific Complaint and Requested Relief: _Emergency U.S. mail search for all of us._

On Tuesday January 9 2018, I sent, by + through staff of F.C.I, Beaumont (Med.) my certified mail to the U.S. District Court, + has yet to even be recorded as "in transit" by the U.S. Postal Service. Thus, the mail is "held" in this facility as I write this grievance. The above is true + correct because I called U.S.P.S. + a Ms. Arnold told me "that is the only reason the U.S. Mail Certified Registration # 7010 3090 0003 3372 5731 has not already been delivered, not to mention 'tracked' within our system." It is appalling that you all cannot even hand our U.S. Mail to the U.S.P.S. employees! I'm researching the prisoners rights and you all are in clear violation of U.S. Federal Criminal Statutory Codes for holding, hindering, tampering, retarding, delaying, + confiscating my + other inmates U.S. Mail. Every person I talk to says you all have been doing this "repeatedly forever". Mail Box Rule - Prisoners - Has entered the U.S. Legal Mail System when placed into possession of Federal Bureau of Prisons staff for U.S. Mail Delivery. Blacks Law Dictionary - Ninth Edition. This serves + constitutes as notice of your criminal conduct and confirmation of your receipt of this notice is confirmed for further receipt of this notice to Warden Dallas B. Jones to rectify damages for avoiding a cause as tort feasor via mail fraud.

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _I've gone to front office daily to receive a spin job by Acting Warden Dallas B. Jones, Ms. Colon-mailroom supervisor and to discover that there is NO mailroom. They even try to say there is a compound headquarters when there is no such thing. It's a fallacy. It's a hoax._

Counselor's Comments: _____

_____   _____
Correctional Counselor's Review / Date      Unit Manager's Review / Date

Without Prejudice/Without Recourse

1-16-18 _Daniel_ UCC 1-207

TRULINCS 29163380 - SMITH, DANIEL THOMASON - Unit: BMM-Q-B

---------------------------------------------------------------------------------------------------

FROM: 29163380
TO: Associate Warden MED
SUBJECT: ***Request to Staff*** SMITH, DANIEL, Reg# 29163380, BMM-Q-B
DATE: 01/18/2018 12:09:32 PM

To:
Inmate Work Assignment: Certified Mail

Sir, Tuesday, January 9, 2018, I sent out Certified Mail to the U.S. District Court in a particular city for legal matters. I have checked twice and as of Wednesday, January 17, 2018, the specific certified registration # is still not showing up at all in the U.S. Postal Service System.  It is imperative that mail, certified or not be sent promptly, according to my rights for U.S. Mail service, due process within the Federal Legal System, which I am certainly in the midst of, etc... If you would please locate my envelope and send immediately, I would greatly appreciate it.  Regards,  Daniel.



A TRUE, Correct, AND complete Copy by: Daniel T. Smith Without Prejudice/Without Recourse Authorized Representative in behalf of DANIEL THOMASON SMITH

Daniel T. Smith 3-10-18

Exhibit 101

TRULINCS 29163380 - SMITH, DANIEL THOMASON - Unit: BMM-Q-B

---------------------------------------------------------------------------------------------------

FROM: 29163380
TO: Unit Management BLD 3 MED
SUBJECT: ***Request to Staff*** SMITH, DANIEL, Reg# 29163380, BMM-Q-B
DATE: 01/20/2018 11:13:01 AM

To: Ms. Craddock
Inmate Work Assignment: Unassigned

Ms. Craddock, On the 9th day of January 2018, I handed to staff Legal Mail and Certified United States Postal Service Registration # 7010 3090 0003 3372 5731 at 8:35 P.M. As of Friday, January 19, 2018, the certified mail has yet to be received by the recipient, as the tracking certified mail registration # listed above confirms status not available.

This email is to serve as documentation of the transaction. Thank you for assistance and for your acceptance of my legal and certified mail and this email.

*Daniel Smith*
Daniel Thomason Smith
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Without Prejudice/Without Recourse

Accepted for Value, Exempt from Levy
Certified and sworn on the Undersigned's commercial liability to be true
correct, and complete with all related endorsements, front and back, in
Accordance with Uniform Commercial Codes §1-104, 3-104, 3-419 and 10-104, and House
Joint Resolution 192, of June 5, 1933. pre-paid : 1/20/2018
by: *Daniel T. Smith*
Without Prejudice/Without Recourse
Authorized Representative in behalf of
DANIEL.THOMASON SMITH

*Daniel T. Smith 3-8-18*

Exhibit 102

# USPS Tracking®

**FAQs**   (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70103090000333725731

Remove

## Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

A TRUE, correct AND Complete
Copy By: Daniel T. Smith 1/19/18
Without Prejudice/Without Recourse
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Daniel T. Smith 3-10-18

Exhibit 103

TRULINCS 29163380 - SMITH, DANIEL THOMASON - Unit: BMM-Q-B

-----------------------------------------------------------------------------------------------

FROM: 29163380
TO: Education MED
SUBJECT: ***Request to Staff*** SMITH, DANIEL, Reg# 29163380, BMM-Q-B
DATE: 01/20/2018 11:23:54 AM

To: Mr. Brooks
Inmate Work Assignment: Unassigned

Mr. Brooks,  On the 9th day of January, 2018, I handed to staff Legal Mail and Certified United States Postal Service Registration # 7010 3090 0003 3372 5731 at 8:35 P.M.  As of Friday, January 19, 2018, the Certified Mail has yet to be received by the recipient, as the tracking certified mail registration # listed above confirms status not available.
    This email is to serve as documentation of the transaction.  Thank You for assistance and for your acceptance of my legal mail and this email.

Daniel Thomason Smith
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Without Prejudice/Without Recourse

Exhibit 104

TRULINCS  29163380 - SMITH, DANIEL THOMASON - Unit: BMM-Q-B

--------------------------------------------------------------------------------

FROM: 29163380
TO: Mail Room
SUBJECT: ***Request to Staff*** SMITH, DANIEL, Reg# 29163380, BMM-Q-B
DATE: 01/25/2018 02:03:05 PM

To: Ms. Colon
Inmate Work Assignment: Unassigned

Ms. Colon, I spoke to you after lunch on Monday, the 22nd., two weeks after my U.S. Postal Service Legal and Certified Mail had yet to be received by the recipient, which in this case was the U.S. District Court in the Western District of Texas. You informed to go to "Open House" on Tues. or Thurs. at 11:30 A.M. Today, Thurs. I went and to no avail. They, and from what I understand, you were one of them who told us as we stood outside that "there was a bus coming in". The people all around me said this is what goes on EVERY Tues. and Thurs. Nonetheless, I sincerely pray my Legal and Certified U.S. Mail has not been tampered with and will be delivered. This email is to serve as documentation of my attempt to locate My and actually the property of the U.S. District Court, Mail. Thank You for assistance and for your acceptance of my legal and certified mail and this email.

Daniel Thomason Smith
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Without Prejudice/Without Recourse



Exhibit 105

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jeanette J. Clack
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
800 Franklin Ave., Room #380
Waco, Texas 76701

(Western Division of Texas)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
1-26-18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 3090 0003 3372 5731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

A TRUE, Correct, and Complete
Copy by: Daniel Y. Smith
Without Prejudice/Without Recourse
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Daniel Y. Smith  3-10-18

Exhibit 106
continued

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jeanette J. Clack
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
800 Franklin Ave., Room #380
Waco, Texas 76701

(Western Division of Texas)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery  1-26-18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☑ Certified Mail    ☐ Express Mail
- ☐ Registered    ☑ Return Receipt for Merchandise
- ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 3090 0003 3372 5731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

A TRUE, Correct, AND Complete
Copy by: Daniel Y. Smith
Without Prejudice/Without Recourse
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Daniel Y. Smith 3/10/18

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.66 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.96 |

Postmark Here

7010 3090 0003 3372 5731

Sent To
Jeanette J. Clack U.S. District Clerk
Street, Apt. No.; or PO Box No.  800 Franklin Ave., Rm. #380
City, State, ZIP+4
Waco, Texas 76701

PS Form 3800, August 2006    See Reverse for Instructions

Exhibit 1
106

TRULINCS 48138177 - SISTOS, REX - Unit: BMM-L-A

---------------------------------------------------------------------------------------

FROM: 48138177
TO: Mail Room
SUBJECT: ***Request to Staff*** SISTOS, REX, Reg# 48138177, BMM-L-A
DATE: 02/01/2018 01:37:35 PM

To: Ms. Colon
Inmate Work Assignment: Unassigned

Ms. Colon, I understand that you are in charge of the mail room. After speaking with several staff members about the lack of mail delivery, and specifically, mail being held, which is clearly a violation of the rights of all of the inmate population, but also the U.S.Criminal Statutory Codes regarding the obstruction with, and hender, or delay of our U.S. Mail. I am in utter disbelief that you all are simply not delivering our mail.

On January 16, 2018, I sent two large envelopes to two different addresses in Texas. Since the recipients are my family, I have close contact and updates of unfortunately, no delivery of my mail, and today is February 1, 2018.

I would greatly appreciate a resolution to this matter.

This email serves as documentation of this transaction. Thank you for your assistance and for your acceptance of my email and my mail.

Rex Sistos
Authorized Representative in behalf
of REX SISTOS
Without Prejudice/Without Recourse

A TRUE, Correct, AND Complete
Copy by: Daniel T. Smith
Without Prejudice/Without Recourse
Authorized Representative in behalf
of DANIEL THOMASON SMITH
Daniel T. Smith 3/10/18

Exhibit 107

TRULINCS 48138177 - SISTOS, REX - Unit: BMM-L-A

--------------------------------------------------------------------------------

FROM: 48138177
TO: Captain MED
SUBJECT: ***Request to Staff*** SISTOS, REX, Reg# 48138177, BMM-L-A
DATE: 02/08/2018 02:39:23 PM

To: Captain Mack
Inmate Work Assignment: Unassigned

To Captain Mack, I heard you telling a few of us on February 6, 2018, that our U.S. Mail is indeed sitting over in the "Complex Mailroom Warehouse in large bins, yet to be delivered. I have emailed Ms. Colon , to no avail. for my mail that has ever yet to be received by the recipient(s). I was perplexed as to why the mail would not go on out , now , instead of continuing to just sit here.

    This email serves as confirmation of my continued lack of mail delivery, and the holding of the U.S. Mail for many, many inmates, which is an absolute violation of our rights as human beings. Thank you for the reception of this email and my mail.

                Rex Sistos
                Authorized Representative in behalf
                of REX SISTOS
                Without Prejudice/Without Recourse

A TRUE, Correct AND Complete Copy by: Daniel T. Smith Without Prejudice/Without Recourse Authorized Representative in behalf of DANIEL THOMASON SMITH

Daniel T. Smith 3/10/18

Exhibit 108

TRULINCS 81060004 - OKUN, EDWARD HUGH - Unit: BMM-L-B

-------------------------------------------------------------------------------------------------

FROM: 81060004
TO: Mail Room
SUBJECT: ***Request to Staff*** OKUN, EDWARD, Reg# 81060004, BMM-L-B
DATE: 01/22/2018 02:22:18 PM

To: Ms. Colon
Inmate Work Assignment: law library

This is the second time I am contacting you regarding my mail because I have not received a response to my prior e mail sent to you two weeks ago. I mailed two, with excess postage pre-paid, medium priority mail boxes containing time sensitive legal documents, one in early December 2017 and the other in mid December 2017. Three weeks ago I followed up on the status of the boxes because they had not been received at their destination, with counselor Anthony, LB unit, who mailed them for me. He advised me to follow up on the status of the boxes with R & D at open house. I went to open house three weeks ago and they advised me that they could not help me. Upon informing counselor Anthony of their response counselor Anthony then telephoned someone at R & D and he told me that hey had gone out. It is now three weeks later and they still have not been received at their destination. In addition I mailed a legal envelope containing time sensitive legal documents on Jan. 2, 2018 regular mail and another legal envelope containing time sensitive legal documents certified mail on Jan. 8 2018. Neither has been received at their destination either. Why is my mail not going out? Could you please investigate this for me and provide me with confirmation that these items have finally been sent and when. Thank you.

*A TRUE, Correct AND Complete Copy by: Daniel T. Smith Without Prejudice/Without Recourse Authorized Representative in behalf of DANIEL THOMASON SMITH*

*Daniel T. Smith 3/10/18*

Exhibit 109

TRULINCS 78742380 - GUERRA, JOSEPH GREGORY - Unit: BMM-M-A

--------------------------------------------------------------------------------

FROM: 78742380
TO: Mail Room
SUBJECT: ***Request to Staff*** GUERRA, JOSEPH, Reg# 78742380, BMM-M-A
DATE: 01/27/2018 02:07:31 PM

To: Ms. Colon
Inmate Work Assignment: n/a

I understand that you are in charge of the mail room. After speaking with several staff members about the lack of mail delievery, specifically mail being held, which is in clear violation of my rights.

My mother who recently sent me a large envelop with legal documents enclosed, which she got for me from the frederal court house and the san antonio police depart. i need those documents to help aide me in filing motions in my current outstanding cases. Can you please see to it that i recieve these documents, as they dont pose a treat to my safety or the security of this prison.

documents in the folder are
1). my plea agreement
2). my judgwement of commitment
3). a police report for a case i have pending in the state (bexar county tx)

Please get back to me in a timely manner, and let me know why i havnt recieved this mail yet labed on cover "legal mail" sent from my mom nancy torres 11011 forest shower live oak tx 78232 i think zip is right i dont remember. bye

*A TRUE, Correct AND Complete Copy by: Daniel T. Smith Without Prejudice/Without Recourse Authorized Representative in behalf of DANIEL THOMASON SMITH Daniel T. Smith 3/10/18*

Exhibit 110

Verification

The Undersigned Affiant, Daniel T. Smith        , certifies on Affiant's commercial liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly swear, declare and state that the statements, allegations, demands and contents contained herein are the truth, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

NOTICE TO PRINCIPAL IS NOTICE TO AGENTS
NOTICE TO AGENTS IS NOTICE TO PRINCIPAL

YOU HAVE THIRTY (30) DAYS IN WHICH TO REBUT THIS AFFIDAVIT, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204. A LACK OF RESPONSE ON YOUR PART MEANS YOU ASSENT TO THIS AFFIDAVIT AND A FAULT, UCC 1-201(16) EXISTS CREATING A FRAUD THROUGH MATERIAL MISREPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC., EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

FURTHER AFFIANT SAITH NOT

Date: 2-21-18                                    Signed: _Daniel T. Smith_
                                                Without Prejudice UCC 1-207
                                                One of the People

JURAT

County of Jefferson

State of Texas

SUBSCRIBED AND SWORN before me this 21st day of February A.D. 2018.

_____ Seal
Notary Public Signature
My Commission Expires September 2, 2019

DEXTEL DWANE WORD
Notary Public, State of Texas
My Commission Expires
September 02, 2019

Verification to 4 page Affidavit

Wherefore Claimant herein claims Monetary Damages as real and appropriate!

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

AND

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Sincerly,

Without Prejudice

*Daniel T. Smith*

Daniel Thomason Smith/DANIEL THOMASON   SMITH
One of the People and True
Authorized Representative

ACKNOWLEDGEMENT

State of Texas )
              ) **Scilicet**
Jefferson County)

SUBSCRIBED TO AND SWORN before me on this 21st day of February,2018,that
Daniel Thomason Smith POA in Behalf of the above mentioned appeared for
DANIEL THOMASON SMITH Before me and executed the foregoing.

Witness my hand and seal:

_____ Seal;
Notary Public

My Commission Expires September 2, 2019

DEXTEL DWANE WORD
Notary Public, State of Texas
My Commission Expires
September 02, 2019

Verification Page to Tort Claim

A 'SECURITY' [ 15 USC et seq.]
U.S.S.E.C. TRACER FLAG
( not a point of law-under necessity, per
agreement of the parties and/or in
violation of the Bill of Rights-2nd para.)



Certified Mail 7010 3090 0003 3373 2678          MEMORANDUM OF RECORD


Daniel Thomason Smith                 PRIVATE INTERNATIONAL
Beaumont FCI Medium                   NOTICE OF TORT CLAIM
c/o P.O. Box 26040               WITH ASSESSMENT FOR DAMAGES
Beaumont, Texas 77720            Supported by Affidavits and Exhibits
Claimant                          Evidencing Lien Debtor's agreement,
                                   and confession of liability


To: President Donald Trump;
Vice-President Mike Pence;
All U.S. Senators
Dept. of Justice (Att.General) Jeff Sessions
Dept. of Health and Human Services (Director)
Bureau of Prisons (Director)
Acting Complex Warden (Dallas B. Jones)
Correct Care solutions/Medical League Concepts
Secretary of State of Washington DC and Texas
All Employees/Officers names known and unknown
944 Marine Forces Drive
Grand Praire, Texas 75051


Date: February 21, 2018

RE: NOTICE OF TORT CLAIM, UNDER NECESSITY TO DEPARTMENT OF JUSTICE VIA FRAUD, CRUEL AND UNUSUAL TREATMENT,
UNLAWFUL TREATMENT, VIOLATION OF STATE AND FEDERAL STATUE, DEPRIVATION OF RIGHT AND OTHERWISE EXPRESSED concerning
MAIL FRAUD and exposure to Black Mold-Account Number.UM.  29163-380

   Dear Regional Counsel/Director:


        Said Tort Claim is presented as a matter of right, arising out of private injuries and violations of due
process of law, violations of State and Federal Statute. 'Violation of equal protection of law,' Violation of Cruel
and Unusual Punishment, Fraud and dishonor and otherwise as set out below, thereby causing injury to Claimant's Right
to Life, Liberty, and Pursuit of Happiness, and otherwise. You are hereby notified of 'NOTICE of Tort Claim' as Tort
Claimants' exclusive remedy pursuant to Title 5 Section 2679(b) of Title 28, United States Code. (P.L.100-694; 102
State 4563; 28 U.S.C 2671(note),2674, 2679(note), 2679(b and d) and State Statute, where applicable, under the Para
Material Rule.


        The Tort Claimant herein files this claim for Damages under necessity, as a matter of right, and such Claim
or Damages arising out of violations as enumerated below and as evidenced and attached hereto, Affidavits not
rebutted are an admittance, and confession to causing injury to Claimants 'Private rights, due process of law/right
and peace of mind and otherwise to wit: for injuries committed by the 'agents'/agency identified above as Tort
feasors; working under the control and within the venue of the county of Jefferson, State of Texas, United States
of America, herein identified.

Page 1

A 'SECURITY' [ 15 USC et seq.]
U.S.S.E.C. TRACER FLAG
( not a point of law-under necessity, per
agreement of the parties and/or in
violation of the Bill of Rights-2nd para.)

Certified Mail 7010 3090 0003 337 2 5755          MEMORANDUM OF RECORD

Daniel Thomason Smith              PRIVATE INTERNATIONAL
Beaumont FCI Medium                NOTICE OF TORT CLAIM
c/o P.O. Box 26040                 WITH ASSESSMENT FOR DAMAGES
Beaumont, Texas 77720              Supported by Affidavits and Exhibits
Claimant                           Evidencing Lien Debtor's agreement,
                                   and confession of liability

To: President Donald Trump;
Vice-President Mike Pence;
All U.S. Senators
Dept. of Justice (Att.General) Jeff Sessions
Dept. of Health and Human Services (Director)
Bureau of Prisons (Director)
Acting Complex Warden (Dallas B. Jones)
Correct Care solutions/Medical League Concepts
Secretary of State of Washington DC and Texas
All Employees/Officers names known and unknown
344 Marine Forces Drive
Grand Praire, Texas 75051

Date:   March 8, 2018

   RE: NOTICE OF TORT CLAIM, UNDER NECESSITY TO DEPARTMENT OF JUSTICE VIA FRAUD, CRUEL AND UNUSUAL TREATMENT,
UNLAWFUL TREATMENT, VIOLATION OF STATE AND FEDERAL STATUE, DEPRIVATION OF RIGHT AND OTHERWISE EXPRESSED concerning
MAIL FRAUD and exposure to Black Mold-Account Number.UM. 29163-380   .

   Dear Regional Counsel/Director:


        Said Tort Claim is presented as a matter of right, arising out of private injuries and violations of due
Process of law, violations of State and Federal Statute. 'Violation of equal protection of law,' Violation of Cruel
and Unusual Punishment, Fraud and dishonor and otherwise as set out below, thereby causing injury to Claimant's Right
to Life, Liberty, and Pursuit of Happiness, and otherwise. You are hereby notified of 'NOTICE of Tort Claim' as Tort
Claimants' exclusive remedy pursuant to Title 5 Section 2679(b) of Title 28, United States Code. (P.L.100-694; 102
State 4563; 28 U.S.C 2671(note),2674, 2679(note), 2679(b and d) and State Statute, where applicable, under the Para
Material Rule.


        The Tort Claimant herein files this claim for Damages under necessity, as a matter of right, and such Claim
for Damages arising out of violations as enumerated below and as evidenced and attached hereto, Affidavits not
rebutted are an admittance, and confession to causing injury to Claimants 'Private rights, due process of law/right
and peace of mind and otherwise to wit: for injuries committed by the 'agents'/agency identified above as Tort
Feasors; working under the control and within the venue of the county of Jefferson, State of Texas, United States
of America, herein identified.


                                   Page 1

In respect to the Tort Claim being the exclusive remedy, and in respect to all the matters heretofore that are not rebutted, will be agreed upon by the listed Tort Feasors silence they will have agreed to the facts, Risk Management of the United States is fully Bonded and completely responsible to financially cover, settle and pay any wrong that has occurred by negligence or direct violation of the rights of the People via this claim.

The Tort feasors all had a mandated duty by their 'Oath of Office' to uphold the sanctity of the Supreme Law as it pertains to the People (the undersigned Declares to be One of the People) They have breached Their agreement pertaining to their mandated duties Pursuant to the direct violations of the Undersigned's right, violation of due process, civil rights, unlawful incarceration, cruel and unusual punishment, and fraud. That breach was a violation of the undersigned's right, thus causing direct injury to the Tort Claimant/undersigned.

Tort feasors will have a duty to respond to this claim along with attached affidavits Point by Point or will be agreeing to become liable to Daniel Thomason Smith via the Undersigned as the authorized representative upon his acceptance of the contract with the State of Texas or United States Constitution and upon his Oath of Office and such created the liability whereby the Tort feasors admitted to the non-authorization of said violation(s). The Undersigned/People, and the 'Political Will' [The Right to Life, Liberty, and Pursuit of Happiness] of the Undersigned as the Principal, in a political body which all officers and elected officials have sworn to protect in the intrest of the undersigned's rights(s), title(s), intrest(s) and property(ies).

The following injuries have occurred: Conspiracy to bring forward direct harm to the Undersigned, Coercion, Neglect, Emotional Physical and Mental Anguish, Obstruction of Justice, Unlawful intrusion of Personla Private Rights, unlawful incarceration, and violation of the U.n.'s; On the treatment of prisoners and subsequent torture.

This complaint deals with the lack of and deliberate lack of U.S. mail delivery and flat out lying about it repeatedly to all inmates over years of holding U.S. mail to and from prisoners. This complaint ALSO deals with the falsehood AND LIARS statements about the abatement of the ever prevalent "Black Mold" located throughout the FCC Beaumont (Medium). The claimant has and is sustaining continuous severe and serious health issues due to the "Black Mold".

Mail Fraud.(1918) An act of fraud using the U.S. Postal Service, as in making false representations through the mail to obtain an economic advantage. 18 USCA 1341-1347.

FCC BEAUMONT (Medium) and Dallas B. Jones (Acting Complex Warden) Respondent, continue at this present time to intercept prisoners U.S. Mail, and retard or delay the passage of their U.S. Mail, and OPEN Legal mail Before handing mail to the prisoners, INSTEAD of in front of the people, to hinder the the legal procedures of the people, for an economic advantage, or selfish aact to retain people for incarceration, and commit fraud on a daily basis. The buck STOPS Here.Emphasis Added.

page 2

I, Daniel Thomason Smith, had documentation to the U.S. District Court, in the Western District of Texas, in the Certified Mail Envelope, which I clearly handed to staff of the U.S. B.O.P. FCC Beaumont (Medium). FCC Beaumont (Medium) has violated my rights, human rights, committed abuse of my due process, committed obstruction of justice, violated the Bill of Rights, committed recketeering, and aiding and abetting, and conspiracy to commit Mail Fraud.

Specifically, Dallas B. Jones (Acting Complex Warden). Respondent, to the FCC Beaumont-Medium, has deliberately committed aiding and abetting and ALL other charges listed above, to gain an economic advantage, holding me in Bondage and Captivity AND Kidnapping, instead of releasing my U.S. Mail immediately, to meet a dead line of time to my legal Procedure(s) with the U.S. Court. FCC Beaumont-Medium and Dallas B. Jones (Acting Complex Warden-Respondent) has aided and abetted and conspired to commit Mail Fraud AND ALL other charges listed above, as the civil, or, more typically, criminal liability imposed on one who assist in of facilitates the commission of an act that results in harm or loss, or who otherwise promotes the acts accomplishment. Black Laws Dictionary- Tenth Edition- Mail Fraud.

As proof by weight of described U.S. Postal Service Certified Mailed Envelope, which had time sensitive, imperative delivery date by the Claimant, the coast as attested to in the Exhibit 106, reflects $8.96 or 9oz. Thus, the price reflects, clearly, an exorbitant amount of documents sent to the U.S. District Court, which FCC Beaumont (Medium), and specifically people known as staff AND as Agents in a Federal Facility, handling U.S. Mail for all the prisoners, simply refused to just deliver the mail. Within the U.S. Federal Criminal Statutory Codes, under Title 18 USCS § 1701, Obstruction of Mails generally, we clearly see, Whoever knowingly and willfully obstructs or retards the passage of the mail or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both. (June 25, 1948, ch645, §1,62Stat.778; Sept 13, 1994, P.L. ,103-322, Title XXXIII, §330016(1)(B),Stat.2146.)

I, Daniel Thomason Smith, the Claimant, endure Unlawful and Harmful Dention/Imprisonment; Daily UNecessary, UNNECESSARY, Lock-Ups Everyday, emphasis added, as the FCC Beaumont-Medium, and Dallas B. Jones, (Acting Complex Warden-Respondent) to the FCC Beaumont-Medium, continue to acquire an economic advantage by abusing, or depriving me from my right to excercise my right of due process and the right of all of the prisoners, through and by interception and deliberate delays of my, our U.S. Mail to and from the U.S. District Court, and anywhere else intended for receipt. Thus, causing serious and severe distress and mental anguish, physical and emotional anguish through hand by stated facts above.

On Tuesday, January 30, 2018, an "open house" finally came available after four weeks; Ms.Colon, would not provide me with printouts of the status of my certified mail. Instead, she was argumentative, and defensive, to the extent of picking up the phone and calling another lady, who told Ms.Colon and myself on speaker phone that their was no certified mail being held. When I could finally speak, I explained I was told to ask her for printouts, and that my certified mail arrived seventeen days from the day I handed to staff my envelope. Point being, the time it took her to argue in haste, she

Page 3

could have simply provided my request, but instead refused. And she stated "we do not hold mail". Be it known, today is February 13, 2018, and Legal mail that I sent out twenty-two days ago has yet to reach its' destination. Emphasis added. So, the "we do not hold mail" statement is outrageous and totally false and further proof of complete falsehood is illustrated in Exhibit 108, as a high rank official, aka, the "Captain" confirming with us on February 6, 2018, that "the mail has indeed been sitting over in the mail room complex warehouse". We asked him when the mail would go out and he said he "did not know". The guy standing next to me asked him how much was there, and the Captain replied, "the mail is in big large bins". Is this incredible or what??? The saga continues and will always, as has always has been a problem, says many prisoners, until FCC Beaumont is shut down in its' entirety. Emphasis added.


According to U.S. Federal Criminal Statutory Codes, Title 18 USCS § 1703.

Delay or Destruction of mail or newspapers:


(a) Whoever, being a Postal Service Officer or employee, unlawfully secrets, destroys, detains, delays, or opens any letter, postal card, package, bag, or mail entrusted to him or which shall come into possession, and which was intended to be conveyed by mail, or carried or delivered by any carrier or other employee of the Postal Service, or forwarded through or delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service, shall be fined under the title or imprisoned not more than five years, or both.


(b) Whoever, being a Postal Service officer or employee, improperly detains, delays, or destroys any newspaper, or permits any other person to detain, delay, or destroy the same, or opens, or permits any other person to open, any mail or package of newspapers not directed to the office where he is employed; or


Whoever, without authority, open, or destroys any mail or package of newspapers not directed to him, shall be fined under this title or imprisoned notmore than one year, or both.


(June 25, 1948, ch 645, § 1, 62 Stat.778; May 24, 1949, ch 139, § 37, 63 Stat. 95; Aug.12, 1970,P. L. 91-375,§ 6(j)(16)(A), (B) 84 Stat. 778; Sept.13, 1994, P.L. 103-322 TitleXXXIII, § 330016(1)(B), (G) 108 Stat.2146,2147.)


According to the Declartion of Human Rights- Appendix E Article 5(Five), No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. Blacks Law Dict. Tenth Edition.


The above have caused my damages by FCC Beaumont-Medium and all parties receiving compensation from the abominable "facility".


Page 4

As a constant proof of attempts to communicate with the staff of FCC Beaumont medium for remedy and "to just send our mail out" the Exhibits clearly illustrate that NO ONE wanted to accept responsibility and carry the task to hand mail out of the door to the respective destination. And Dallas B. Jones and the entire staff are responsible, according to the United States Federal Criminal Statutory Codes staff within the body of this tort claim.

Notice the Seventeen day time frame to have waited for the U.S. District Court to receive my certified mail. I have stated in my Affidavit as sworn statement and I state again, Ms.Henderson, with the U.S. Postal Service clearly stated on the 23rd day of January, 2018, that the system was not down, and that my tracking number was still not found. When the certified mail finally arrived on the 26th, my deadline had already passed for the purpose or proceeding intended. Damages were done.

Notice the Exhibits 105 and 108. Clear Evidence is witnessed by the statement from Edward O. Kun, and Rex Sistos, and their pleas for staff of FCC Beaumont Medium to answer the cry for mail delivery. Once again, NO one would help. The stress of daily asthmatic attacks and constant persistent coughing, caused by, Yes, lack of mail delivery, AND, the Black Mold issue throughout FCI Beaumont Medium, has all lead to a shortened life of Daniel Thomason Smith, and caused daily severe headaches, stomach aches, back aches from persistent coughing. The "abatement" procedures was nothing close to the word "Abatment" in the illustrious lack of effort to rid the disgraceful facility of "Black Mold".

These acts and failure to act, was the direct cause of the People being housed here in Beaumont FCI Medium to suffer cruel and unusual treatment, which also constitutes cruel and unusual Punishment and unlawful imprisonment, negligence and total disregard for their Oath and duty to the U.S. and State Constitutions. This Notice of Tort Claim is being filed into the Risk Management Office located at 344 Marine Forces Drive, Grand Prairie, Texas, 75051.

I am seeking 1.6 Million dollars from January 9, 2018 to January 28, 2018 for the unlawful imprisonment, Pursuant to Trezevant v. City of Tampa, Which totals 44.2 Million and I am seeking another 30.8 Million for the Fraud, Conspiracy, mental and physical anguish that I had to endure, the Cruel and Unusual Treatment/Punishment, failing to send mail, State and Federal Violations mentioned and unmentioned, and failing to rid the facility of "Black Mold".

NOTICE HERE-TO-FORE: The Tort Claim Notice and all affidavits must be responded rebutted within 30 days upon receipt or otherwise all facts stand in the record as true and Risk Management by its Director, representative of the United States/DOJ/BOP Risk Management Office and speaks for the United States. Due to the silence of the Tort Feasors binds the liability and assets of said Jefferson County, State of Texas and

United States of Corporation to this claim as to benefit the Tort Claimant/ Daniel Thomason Smith in the nature of debt and owing. Money of Account is due and payable to Claimant per each day of unlawful incarceration and for the other many violations mentioned and unmentioned herein. This amount must be tender in full, be it a check or an assignment or otherwise in the interest of Justice and in behalf of said injuries to Tort Claimant pervaded.

PRE-SETTLEMENT OFFER; In the event that by and through Risk Management Bureau of Prisons/ Department of Justice fails and/or refuses to respond to this Notice of Tort Claim, supported by Affidavits in Support of Tort Claim and Affidavits are not rebutted and there in claim and the facts stand in the record as true and the same as to the claim of declared sum certain amount, said Tort Claimant he presents, in honor, pre-settlement offer for your consideration and acceptance within 90 days to wit; 1) PAY 15% OF THE TOTAL AMOUNT AS CLAIMED HEREIN, 2) GIVE A FIFTEEN POINT REDUCTION IN SENTENCING GUIDELINES AND SEND ME TO A CAMP (FCI EDEN), WHICH IS EXCATLY WHAT IT SAYS IN MY JUDGMENT. Daniel Thomason Smith, a flesh and blood man, and One of the People constituting the State of Texas/ Texas, among other people, or face the liability (silence equates to agreement) of whole amount certain if not paid, settled and released on the 90th day from the receipt of this Notice of Tort Claim So as it is written, so shall it be done.

THEREIN PRESENTED, Tort Feasors identified herein has and had a mandatory duty via Oath of Office and pursuant to the expressed expectation contained in Count or State "Oath of Office" that all agents and officers would act and operate in "Good Faith" and "Clean Hands" in protectin the rights of the Tort Claimant/People via said Oath in respect to the Bill of Rights and the first ten amendments to the Constitution as it/they operate upon the 'agents' of Jefferson County via the U.S. Constitution of the United State of Texas.

THEREFORE AGREED: Pursuant to Tort Claimant's Tort Claim as supported affidavits attached hereto and made a part hereof ANNEXES of Tort Claimants exhaustion of private administrative remedy and relative to all the acts, and relative to all the acts, the conspiratorial acts with intent to defraud Claimant by pretending to care for the private Rights to Life, Liberty, and the Pursuit of Happiness, otherwise in respect to Tort Claimants right and property herein expressed (LIFE) and there being no responce of rebuttal; but only silence (aquiescence and agreement) and refusal to provide Rebuttal to this claim from any of the above listed Respondents/Tort Feasors being 'agents' of the County of Jefferson and State of Texas, United States of America, being accountable in this matter for the acts of its 'agents'/'agencies' by agreement and breach; herein said injuries against the rights, title and interest of Tort Claimant and Tort Claimant herein being attested to under necessity, claims monetary damages as real and appopriate as so enumerated herein and assessed for cause; at a SUM CERTAIN AT $75,000,000.00 (Seventy-Five Million Dollars and No/100) USD Money, of account/credit)

Wherefore Claimant herein claims Monetary Damages as real and appropriate!

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

AND

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Sincerly,

Without Prejudice

*Daniel T. Smith*

Daniel Thomason Smith/DANIEL THOMASON SMITH
One of the People and True
Authorized Representative

ACKNOWLEDGEMENT

State of Texas )
              )   Scilicet
Jefferson County)

SUBSCRIBED TO AND SWORN before me on this 14th day of March ,2018, that Daniel Thomason Smith POA in Behalf of the above mentioned appeared for DANIEL THOMASON SMITH Before me and executed the foregoing.

Witness my hand and seal:

*Dextel Dwane Word* seal;
Notary Public

My Commission Expires September 2, 2019

DEXTEL DWANE WORD
Notary Public, State of Texas
My Commission Expires
September 02, 2019

Verification Page to Tort Claim

Certified Mail # 7010 3090 0003 3372 5755

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Risk Management Office<br>344 Marine Forces Drive<br>Grand Praire, Texas 75051 | Daniel T. Smith 29163-380<br>Beaumont FCI Medium<br>P.O. Box 26040 Beaumont, Texas 77720 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>3/4/1961 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>January 9,2018/present | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The Alleged Governments Breach of Duty, which is Owed to The People and the injuries it has caused. See: Attached Affidavit(s). Which are required to be rebutted. Tort Claimant files this claim for damages under necessity, as a matter of right..

This claim has to do with the U.S. mail and Black Mold.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See: Notice of Tort Claim and Attaching Affidavit(s) and Exhibits.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$75,000,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>$75,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>Without Prejudice<br>Daniel T. Smith    Daniel Thomas Smith | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE<br>3/10/18  2-21-18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

The Notice is included for purpose of FULL DISCLOSURE as per UCC, and as a warning noted by the flag for commercial grace that appears at the top of the Notice of Tort Claim.

NOTICE OF FULL DISCLOSURE AS TO COMMERCIAL LIEN
PROCESS, AGREEMENT OF THE PARTIES, NOTICE OF LIEN, UCC-1
AND NOTICE OF COMMERCIAL GRACE

A SECURITY (15 USC)
THIS IS A U.S.S.E.C. TRACER FLAG
NOT A POINT OF LAW

One definition of "A SECURITY" is "any evidence of debt."

The Lien does Not rely on Title 15 USC as a factual basis for the "commercial lien." All commercial processes, by using or relying upon notes or paper in commerce (for example; Federal Notes), must bear some sort of Federal tracking code, a State Recorder's number, or a serial number, which process must be accessible for inspection at the nearest State Recorder's Office or be widely advertised. When a lien matures by default of the Lien Debtor's as a result of the Lien Debtor's failure to rebut the affidavit of obligation point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization and other commercial transactions can be based hence it becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S.S.E.C.). The notion "A Security 15 USC" is a flag in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce the lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open and above board (full disclosure), the U.S.S.E.C. has no jurisdiction over it, for even the U.S.S.E.C. has no jurisdiction over the truth of testimony, deposition, affidavits of obligation/commercial liens, and an unrebutted affidavit stands as truth in commerce.

LEGAL AUTHORITY:

Hebrew/Jewish commercial code-corrollary, this Hebrew/Jewish commercial process is to Exodus 20;16. This Hebrew/Jewish commercial process is the best known commercial process in America. The biggest user is the Internal Revenue Service. The Internal Revenue Service uses all three tracking codes. The federal tracking code is the tax-payer's IRS document file number. The next stronger code is the State Recorder's number. The strongest most important and most universal code is the Tax-payer's identification number (TIN), also known as the Social Security Number (SSN). The IRS collection process is legitimate however, the IRS assessment/Lien process is a commercial fraud because it is not supported by commercial affidavits (of truth) of obligation/commercial liens. The IRS issues only Notices of liens, but has those Notices fraudulently recorded on a "Tax Lien index" at the County Recorder's Office. Notices are not required to contain contain commercial affidavits, but a lawful Lien must contain a commercial affidavit with an itemized obligation/damages ledger.

NOTICE:

The foundation of the law, commerce, and the whole legal system consist of "telling the truth, the whole truth and nothing but the truth," either by testimony, deposition, and/or by affidavit. One sworn to tell the truth is compelled by high principles to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by proxy, or by subornation of an affiant or other person. Any judge or officer or government employee or otherwise who tampers with testimony, deposition, or affidavit is a threat to the Commercial Peace and Dignity of the County, State, and United States of America, and acting in the nature of a foreign enemy agent, committing a Mixed War! WHOSOEVER acts against Commercial Affidavits without executing the necessary Commercial Paperwork under affidavit is subject to being charged criminally for fraud. Commercial processes are fundamentally non-judicial and pre-judicial. No judge, court, law, or government can invalidate the Commercial Process, i.e. a Private Security Agreement, True Bill, or Lien based upon an affidavit, because no third party can invalidate an affidavit of TRUTH. Any action against Tort Claim/Lien/Affidavit process creates MIXED WAR. No one can rebut an affidavit except the proper party (lien debtor) who alone must rebut by affidavit within the established time limits, (Violation of Oaths of Office and constitutions, laws, codes, statutes, ect., equals Mixed War by them; 'foreign agents' in any office, at any level of government. THEREFORE, when a Tort Claim/Lien Affidavit is so flagged in Commerce, it becomes a Federal Document because it can be translated into a Security (by being attached in support to a Commercial Lien UCC-1...filed under necessity). NOTICE; NON-ACCEPTANCE and/or NON FILING of a Commercial Lien/Affidavit is a Federal offense.

NOTICE TO PRINCIPLE IS NOTICE TO AGENT—NOTICE TO AGENT IS NOTICE TO PRINCIPLE.
THIS CONSTITUTES FULL DISCLOSURE.

MEMORANDUM IN SUPPORT
OF PRIVATE ADMINISTRATIVE REMEDY PROCESS CLAIM
NOTICE OF ADMINISTRATIVE REMEDY POINTS AND AUTHORITIES

NON-NEGOTIABLE-Private Between the parties

Conditions of Notice via TORT CLAIM;

    A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent(s) by agreement predicated and conditioned upon Respondent(s) rebuttal of Claimant's Affidavits.

    B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

Claimant; is the living, flesh-and-blood sentient being, who(s):

    1. "Rights existed long antecedent to the organization of the State..." Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).

    2. Is not a signatory to any State or Federal Constitution.

    3. Is not a 'party' to any state or Federal Compact.

    4. Is not named in the statutes of any State or Federal government.

    5. Has the right exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.

    6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.

    7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.

    8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.

    9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands, and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

Respondent(s) to this 'private administrative process' (TORT CLAIM) is to:

    1. Substantiate the validity and the accuracy of their presentment (rebuttal);

    2. Produce Delegation of Authority-private/public (duly sanctioned) or otherwise;

    3. Produce Constitutional 'Oath of Office' duly signed and witnessed;

    4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;

    5. Constitutional authority of Respondent to act against Claimant;

    6. Produce basis upon which any claim operates upon Claimant;

    7. Operate with 'Good Faith', 'Clean Hands', 'Fair Dealings';

    8. Provide 'Full Disclosure' at all times, and

    9. Conduct matter under the principles of the American Jurisprudence and Law;

    10. Disclose whether the instant matter is a proceeding in time of Peace;

    11. Disclose whether the instant matter is a proceeding in time of War;

    12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;

    13. Act in a maneer not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;

    14. Insure that, in this matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimant(s) to a state of involuntary servitude and peonage in violation of:

    a. Bill of rights–re; 'right to Life, Liberty and Pursuit of Happiness;
    b. Thirteenth Amendment of the Constitution of the United States;
    c. Title 18 USC §1581;
    d. Title 42 USC §1994;
    e. Article 6 of American Convention on Human Rights;
    f. Article I, §X of the U.S. Constitution;

15. Or where Respondent(s) is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondent(s) actions were not injurious in any capacity.

Notice; claimant does not assume that Respondent(s) is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to force Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide a full point–for–point 'rebuttal' to the affidavit(s) as attached hereto.
3. Otherwise Respondent(s) understands and agrees that a non–response, silence and/or refusal to provide 'Rebuttal' to Affidavit(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent(s) and it's Principal(s) are in agreement for discharge for any fine, fee, tax, debt or judgement via commercial instrument and/or Accepted for Value and Returned for Discharge and/or Respondent(s) agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

<u>NOTICE OF ADMINISTRATIVE REMEDY</u>
<u>POINTS AND AUTHORITIES:</u>

NOTICE; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for <u>enforcement is placed in the hands of the people</u>. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enuciated in the Constitution...." (<u>Frankenhauser v. Rizzo</u>, 59 F.R.D. (1973)). Emphasis added.

1. Undersigned Claimant hereby exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary disclosure(s), monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations]."

4. The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest, Title 5 U.S.C. 703.

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, "<u>the proponent of a rule or order bears the burden of proof</u>." The Supreme Court has stated that if any tribunal (court) finds absense of proof of juridiction over person and subject matter, the case must be dismissed." For reference, see <u>Louisville RR v. Motley</u>, 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same require–

2 of 3 MEMORANDUM IN SUPPORT OF TORT CLAIM

-ments in exhausting the administrative process as to Proof of WRONG DOING, INJURIES, LIABILITY, FRAUD, WRONGFUL TERMINATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURIS-DICTION, BARRATRY, OR EGREGIOUS ACTS or otherwise as applied to the inquires and/or matter/ action attached hereto.

6. Claimant initiates this Private Independent Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimant rests upon Respondent(s) 'Good Faith' and Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Directors, commissioners, agent(s), employee(s) or otherwise on behalf of 'companies, corporations, govern-ment corporations, agencies or officers and judges of the court' to answer the inquries, to give proof, to produce requested documents and evidence.

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be " of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquries and /or prove requested Rebuttal of Affidavit.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent(s) actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. v. Prudden, 424 F.2d 1021 (1070)).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claim made by the Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14. Respondent(s) are granted a minimum of thirty days (30) days... and are to respond to the requests for "Rebuttal of Affidavit in Support of the Claim", 'statements', questions' and 'charges', or otherwise... herein and/or to provide Respondent(s)' own answers to inquiries.

15. Exception: In the event Respondent(s) believes the act(s) complained of may be raised to the level of, and prosecuted as , a CRIMINAL ACT, Respondent(s) may forward a copy of this administrative process including the Affidavit of Default to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the act(s) complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in this private administrative process. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time based upon Respondent(s) right or privilege against self incrimination.

Dated this 21 day of February , 2018

10        March  2018

*Daniel T. Smith*

3 of 3 MEMORANDUM IN SUPPORT OF TORT CLAIM

Blair



| CLIENT INFORMATION | PROJECT INFORMATION |
|---|---|
| **Sandra Rudd Zwerschke** | Sandra Rudd Zwerschke |
| **Federal Correctional Complex(Medium)** | Federal Correctional Complex(Medium) |
| **Beaumont, Texas** | Beaumont, Texas |
| **Project No.: Not Provided** | |

# Direct Exam Chain of Custody

This test report contains the following sections: Chain of Custody, Report (and optionally Frequently Asked Questions and Glossary).

EXHIBIT 23
1 OF 5
Lab Results

moldlab  2501 Mayes Rd, Ste. #110 | Carrollton, TX 75006

**FM-32 Homeowner Chain of Custody**

Name: SANDRA RUDD ZWERSCHKE    Date sampled: 12/4/2017
Project Address: FEDERAL CORRECTIONAL COMPLEX(MEDIUM) BEAUMONT, TX    Cell phone: 561-894-3820
Email my report to: sandra.rudd2016@gmail.com    Please analyze samples for: ☑ Mold ☐ Asbestos

DIRECTIONS: Please place each sample in a separate ziplock bag, label outside of bag with sample number and your last name. Fill out the form below and mail or ship to lab. Results will be issued via email based on the turnaround time selected below. If no email is provided a hard copy of report will be mailed, which will delay receiving report.

| Sample # | | Sample Type (Swab, Tape Lift, or Bulk Sample) | Fees |
|---|---|---|---|
| #1 | AIR VENT IN INMATE'S CELL 62322-179 5830 KNAUTH RD, BEAUMONT, TX 77705 | ✓ | $35/$55 |
| #3 | | | $35/$55 |
| #4 | | | $35/$55 |
| #5 | | | $35/$55 |
| Notes: | | Total: | |

Released by (name signature): Sandra E Rudd Zwerschke    Date shipped: 12/4/2017

PAYMENT:
Name on card: ___ ZWERSCHKE ___ Exp. date: ___ 3 digit code: ___ billing zip code for card: ___
Card number: ___ -2401

Received Date Stamp    Lab Job #: 17-5088

PAID

Rev. 2 Issue Date 6/30/17

Results apply only to samples tested. Results may not be reported or reproduced except in full without written approval of Moldlab. All samples were received in acceptable condition unless noted in the Tech Notes section. Field blank correction of results is not applied. An estimate of measurement uncertainty is provided on request. Moldlab assumes no responsibility for sample collection or handling prior to receipt at the laboratory. This report does not express or imply interpretation of the results contained herein. LAB0137 by the Texas Dept. of State Health Services    AIHA EMLAP Accredited, Lab ID No. 154782

Approved by:

Kristina Rucker, Lab Director






**moldlab**
2501 Mayes Rd #110
Carrollton, Texas 75006
P - (972)-820-9373
Toll Free (866)-416-MOLD
Website - www.moldlab.com

HUB    TEXAS Department of State Health Services    GSA Contract Holder    Certified WBENC Women's Business Enterprise



| CLIENT INFORMATION | PROJECT INFORMATION |
|---|---|
| **Sandra Rudd Zwerschke** | Sandra Rudd Zwerschke |
| **Federal Correctional Complex(Medium)** | Federal Correctional Complex(Medium) |
| **Beaumont, Texas** | Beaumont, Texas |
| **Project No.: Not Provided** | |

# Report

Test code 3: Direct Exam -fungal limited
Analysis Method: Internal SOP M-3



This test report contains the following sections; Chain of Custody , Report (and optionally Frequently Asked Questions and Glossary).

| Sample No. | 1 | Analysis Date | 12/8/2017 | Sample Type | Bulk |
|---|---|---|---|---|---|
| Location | Air Vent Inmate's Cell #62322-179 5830 Knauth Rd | | | | |

Beaumont, TX. 77705

| Identification | Rating | |
|---|---|---|
| Aspergillus/Penicillium-like | | Heavy |
| Cladosporium | Minor | |
| Curvularia | Minor | |
| Hyphal Fragments | | Moderate |

Tech Notes:

Page 1 | 1

Submitted By: Sandra Rudd Zwerschke | *via:* U.S. Mail | Submittal Date: 12/8/2017 11:00:00 AM | Sample Date: 12/4/2017 | Report Date: 12/8/2017 | Lab Job No.: 17-5088 | Technician: Peyton Edmonds

Results apply only to samples tested. Results may not be reported or reproduced except in full without written approval of Moldlab. All samples were received in acceptable condition unless noted in the Tech Notes section.Field blank correction of results is not applied. Moldlab assumes no responsibility for sample collection or handling prior to receipt at the laboratory. This report does not express or imply interpretation of the results contained herein. Structures that were observed from the samples submitted are listed on this report. If a structure is not listed, it was not observed in the samples submitted.
LAB0137 by the Texas Dept. of State Health Services AIHA EMPAT Accredited ID No. 154782
Test Code 3 Report Rev. 1

**moldlab**

2501 Mayes Rd #110
Carrollton, Texas 75006
P - (972) 820-9373
Toll Free (866) 416-6653
Website - www.moldlab.com

EXHIBIT 23 a
2 of 5

Exhibit 03

2 of 5

# Direct Exam Frequently Asked Questions



This test report contains the following sections: Chain of Custody, Report (and optionally Frequently Asked Questions and Glossary).

## What does the rating system mean?

'No mold detected' = the substance on the sample you submitted *did not* contain a detectable level of mold. 'Minor' amounts of mold can be found in typical dust samples because mold spores are a normal part of our air make up. 'Heavy' amounts tend to come directly from the source of the mold. For example, you saw mold growing on a piece of fruit, you sent in a sample, the lab would report a 'heavy' rating . Conversely, if you had taken a sample of dust that had settled on a tabletop, you may get a report with 'Minor' amounts of several types of mold listed. Keep in mind there are numerous variables involved in interpreting lab results and making conclusions based solely on testing such as surface lifts is generally considered unreliable.

## What do I do now?

If you receive a lab report back that lists 'heavy' levels of mold(s) with potentially adverse health effects, we usually recommend that air samples be taken. Of course each situation is different and air samples may not be necessary in all circumstances.  Air sampling will tell you if that same mold the lab detected on your surface sample is airborne.

## How do I get rid of it?

Many molds are allergens and some may be toxigenic, so if you are going to disturb the mold with cleaning methods, you increase your chances of exposure to the particulate. Mold clean up and disposal methods vary greatly from  company to company. A good rule of thumb is that if the contaminated area is small and the material is non porous such as metal, it can be cleaned by traditional methods, taking care to use personal protective equipment.  Porous materials on the other hand, such as wood, textiles, or sheetrock are difficult to clean because of the microscopic holes in the material.  The root structures of the mold called hyphae/mycelia can grow down into the holes and make it hard to clean effectively. The surface will appear clean but as soon as conditions are favorable the mold can start to grow again.

## Is this the Black Mold?

Usually when a customer asks this question he/she is referring to Stachybotrys. Although Stachybotrys is black in color, so are many other types of mold.  Do not make the mistake and discount the importance of other types of mold listed on your report because you do not see the word(s) Stachybotrys or Black mold.  For more about 'black mold' visit http://www.moldlab.com/black-mold.html

## Can we still live here?

There are no established 'safe' levels of mold, just as there are no established 'unsafe' levels of mold, and individuals have different resistances to mold.
a). Do any of the occupants fall into the susceptible group? This group includes:  children, elderly, immunocompromised, and persons with respiratory disorders.  Please consult your physician if you suspect you are suffering from mold related illness.
b). Is the indoor airborne mold concentration higher than the outdoor concentration?
c). How wide spread is the contamination? i.e. is the mold enclosed inside a cabinet, or does it cover the entire wall?  When in doubt, contact a professional in your area.

Submitted By: Sandra Rudd Zwerschke   |   Submittal Date: 12/8/2017 11:00:00 AM   |   Lab Job No.: 17-5088

Rev. 2



2501 Mayes Rd #110
Carrollton, Texas  75006
P - (972)-820-9373

| CLIENT INFORMATION | PROJECT INFORMATION |
|---|---|
| **Sandra Rudd Zwerschke** | Sandra Rudd Zwerschke |
| **Federal Correctional Complex(Medium)** | Federal Correctional Complex(Medium) |
| **Beaumont, Texas** | Beaumont, Texas |
| **Project No.: Not Provided** | |

# D i r e c t   E x a m   G l o s s a r y



This test report contains the following sections: Chain of Custody, Report (and optionally Frequently Asked Questions and Glossary).

***Diagnosis of health effects should be left to a medical professional. Moldlab is not a clinical laboratory and does not have medical professionals on staff.

Health effects in general are not well studied, and dosage, exposure, and sensitivity thresholds are not well known and can potentially vary tremendously depending on various conditions and on the particular individual. Effects can also vary from species to species within a particular mold genus.
The EPA, OSHA, NIOSH and other occupational health related associations in the U.S. have not yet established permissible exposure levels (PEL), recommended exposure limits (REL), or other limit values for aeroallergens.

Please realize that the evaluation of one's specific results in terms of potential health hazards and subsequent courses of action are beyond the scope of the laboratory analysis.

Pictures / images are for *illustration* purposes only and are NOT of the samples tested.
Terminology:
   *Allergen*- the most common effect, and can range from hay fever and asthma, to a very particular reaction in certain organs or tissues.
   *Contaminant*- something that is present without injuring or benefiting the host; does not cause infection.
   *Opportunistic pathogen*- Causes infection only when the weak or injured condition of the person gives the agent opportunity to infect; rarely infect persons who are otherwise healthy.

| Definition | Images |
|---|---|

**Aspergillus/Penicillium group** (as-per-jill-us) / (pen-uh-sill'ee-um)

Classification: Allergen / Contaminant / Opportunistic Pathogen

Possible Health Effect: Aspergillus is common on tape lift samples and air samples, but its spores are indistinguishable from Penicillium spores in most cases. There are a few exceptions but the species ID must be made from culture, and is still a difficult job. Health effects vary by species, but many are listed as allergens. Some species can produce toxins that may have significant health effects in humans. Aspergillus is listed as one of the most infectious type of mold, but infections are not common in normal healthy immune systems. However, if you are immune suppressed or compromised this should be discussed with your physician.

Macroscopic Morphology: Aspergillus can appear in a wide range of colors from white to purple, yellow to green, see images next to text.

Environment: Commonly found in the environment around the world.



This test report contains the following sections: Chain of Custody, Report (and optionally Frequently Asked Questions and Glossary).

| Definition | Images |
|---|---|

### Cladosporium (clad-oh-spore-ee-um)

Classification: Common Allergen/ Contaminant

Possible Health Effect: Rarely pathogenic, it is a common agent of hay fever and asthma and other allergy related symptoms.

Macroscopic Morphology: Surface of the mold is greenish brown or can appear black in color with age and have heap or folded appearance.

Environment: Cladosporium can be found in most air samples most of the time. It is very common. Cladosporium is one of the types of mold found growing on HVAC vent covers and grills. It can grow on leaves, textiles, wood, paper, and decaying vegetation.



Cladosporium sp.

### Curvularia (curve-you-lair'-ee-uh)

Classification: Contaminant / Opportunistic Pathogen

Possible Health Effect: Some sources site it as an allergen. Rare infections of the cornea, nail and sinuses primarily in immunocompromised individuals.

Macroscopic Morphology: The mold appears as olive green to brown or black with a pink wooly surface.

Environment: The mold is common in the air and in the soil as a saprophyte and in textiles and decaying vegetation.

 

### Hyphal fragments (hy-full)

Classification: N/A

Possible Health Effects: N/A

Macroscopic Morphology: Not a type of mold. A hyphal fragment is a small piece or portion of 'root'-like structure called hyphae / mycelia. Hyphal fragments are common in air samples. Mold type cannot be identified by the hyphae alone.

Environment: N/A

 

Submitted By: Sandra Rudd Zwerschke  |  Submittal Date: 12/8/2017 11:00:00 AM  |  Sample Date: 12/4/2017  |  Report Date: 12/8/2017  |  Lab Job No.: 17-5088      Page 2 | 2

Results apply only to samples tested. Results may not be reported or reproduced except in full without written approval of Moldlab. All samples were received in acceptable condition unless noted in the Tech Notes section. Field blank correction of results is not applied. Moldlab assumes no responsibility for sample collection or handling prior to receipt at the laboratory. This report does not express or imply interpretation of the results contained herein.

LAB0137 by the Texas Dept. of State Health Services AIHA EMLAP Accredited. Lab ID No. 154782
Rev 2

moldlab
2501 Mayes Rd #110
Carrollton, Texas 75006
P - (972)-820-9373
Toll Free (866)-416-MOLD
Website - www.moldlab.com

EXHIBIT 23 d
5 of 5

Certified Mail # 7010 3090 0003 3372 9685

TO: Jason Sickler
Regional Counsel
U.S. Dept. of Justice
Risk Management Office
344 Marine Forces Drive
Grand Prairie, Tx. 75051

FROM: Daniel T. Smith
Reg. # 29163-380
F.C.I. Beaumont (Medium)
c/o P.O. Box 26040
Beaumont, Texas 77720

The purpose of this letter is bring to your attention the emphasis of importance for the Tort Claim in your possession.

Administrative Tort Claim TRT-SCR-2018-03402, which is the first claim I sent to your office, claiming damages, was followed by an additional claim, which I clearly explained in the final paragraph of the Affidavit preceding the Tort Claim which you labeled as Tort Claim TRT-SCR-2018-03895.

The explanation for the additional claim was due and pursuant to the continuance interception of the U.S. Mail by the staff of the F.C.C. or F.C.I. Beaumont (Medium). I have NO idea if my original claim was tampered with due to the conduct of the staff at the facility stated herein.

My original claim took an entirely ridiculous amount of time to arrive at your office.

On June 1, 2018, we now have yet another incident of our U.S. Mail being "thrown away" and it was a "huge amount". Emphasis Added.

---

The additional subject of this letter is to emphasize the critical nature of my reason for enclosing the letters that I have written to the Warden, the Case Management Coordinator, and the Regional Director of the Designation Center & Computation Center.
The subject covers exactly why I have the Tort Claim filed for the **BLACK MOLD, which is pervasive and prevalent throughout the entire F.C.C.(COMPLEX) Beaumont. The severe health issues that the BLACK MOLD is causing me to experience are ONLY propounding my substantiation for my Tort Claim.** Thus, the enclosures are definitely added to my 'case', and I demand that you include the enclosures in my Tort Claim TRT-SCR-2018-03895, which also explains my date(s) on the Standard Form 95 to be both **3-10-2018 AND 2-21-2018.**

**Your letter to me dated May 10,2018 is stating the two claims are indeed duplicates. However, I don't know that since I can not see what you received.** Nonetheless, the copy of first AND Second Claims are what shall be litigated, for secure reasons, obviously.

Enclosures:
Letter to 'Deputy' C.M.C., Letter to Warden Dallas B. Jones, Letter to the Unit Mgr. @ my Bldg., Letter to the Regional Director of the Designation Sentencing & Computation Center.
**Invoice for Damages.**

**Without Prejudice**

*D. T. Smith*    6/11/18

To: Dallas B. Jones                From: Daniel Thomason Smith
Mr. Jones,              April 23, 2018
        I write to you with mixed emotions. It is a shame that "emotions" are even an inclusion, but they are.
        The reason for the above statement is two fold.
        1.) I am perplexed. The memos from you, your staff, state that we are in "lockdown" for a full S.H.U. If that is the reason, "that is not the problem of the people". The quote is of the inmates (people, not animals). They are in retaliation mode, for the last two lockdowns, and the exceedingly ludicrous spans of time. Needless to say, the 99% of the people do not need to be locked up for the fighting.
        My emotions stem from my own frustration, for lack of response and action to take heed of my "demand". Include the fact that the people are correct for their understanding, because they merely have, and need an open complex, not a lockdown.
        I realize, (while these people do not) that IF the S.H.U. is full, and IF that is the reason for a continuous lockdown, that the theoretical issue is, "where to place the clan of trouble makers", when the next meltdown occurs. Albeit, the people still remain with their logic; thus, their emotions are running on egg shells.
        I can only tell you, that I will be out from this fraudulent conviction in the near future; However, until then, it is imperative that I ask for your help with regard to my "demand".
        2.) I have written notes to Mr. Brooks, and Ms. Reich, (pardon spelling, I don't know her but told pronounced 'Rich') explaining (my need for a transfer) to the Federal Building downtown Houston.
        Be it known that I spoke to Helaire two weeks ago to transfer me, because I can not endure the violence, and the threats of violence, and the drugs, gangs, drinking, and lewd behavior, and he told me "if Ms. Reick would "approve" it, he would do it." Incidentally, I've been heckled, taunted, by Dickerson, Ortego, and their co-worker, the blonde-hair-short in stature lady (don't know her name) for my statement, "I don't belong here". They simply do not understand that not

Page 1 of 2

only have I not committed some crime(s) on a judgement that you read, but that I also have never been to jail before. I can't even spell traffic citation. Emphasis Added.

The reasons (additional) for my transfer are:

The Black Mold, which is absolutely pervasive throughout the entire FCI Beaumont, is causing my severe headaches and breathing difficulties, EVERY night. I cannot sleep. The 'mattresses' are killing me. (Hips and Back)

I know that the Black Mold issue is not going away, and is within serious legal and financial ramifications. I've already had it tested, Black Mold, from several areas.

So, just please, get me transferred to the Federal Building downtown Houston. The reasons are:

I have,
- Plantar Fascia - very painful
- Arrhythmia - Heart
- Back Pain
- Hip Pain
- Severe Headaches   due to Black Mold

Coughing of blood;
- Breathing Difficulties due to Black Mold
- Stress to poor vision
- Numbness of feet, toes, and fingers
- Skin cancers need to be treated
- Frequent - SIX - urinations per night

Not only is it a must to move me from the FCI Beaumont, due to the Black Mold, I cannot succumb to the medical staff here because if they enter me into a schedule of care, then I'll be placed on "medical hold"; Thus, stuck like Chuck, when I must depart in the first place. The excuse medical gives me when I ask to transfer to Ft. Worth - Medical Facility, is, they have me as a care level 1, when I must be a care level 3 for a "medical transfer".

I implore you, please, get me transferred to the Federal Building downtown Houston, for it is a Med. to Med., so it fits. I can deal with appts. for medical care in Houston.

Dan

Without Prejudice/Without Recourse

Page 2 of 2

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: <u>Smith, Daniel T.</u>                <u>29163–380</u>        <u>Medium QB</u>    <u>FCI Beaumont</u>
　　　LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** The immediate need to be transferred to the Federal Bldg. Downtown Houston is imperative as I canNOT endure the severe headaches, severe breathing difficulties, and coughing up of blood, due and pursuant to the Pervasive and Prevalent BLACK MOLD throughout FCI Beaumont. Emphasis Added. I have stressed to Ms. Craddock, Unit Mgr, that I cannot succumb to a "plan of care" with the medical unit at Beaumont, because that defeats the original purpose to exit Beaumont as the Medical Unit can do NOTHING about the cause of my sever health issues. The medical unit already told me if I were in a regime with them, they would place a "medical hold" on me and that would totally defeat the original purpose of my relief necessary which is to exit Beaumont, due to the presence of the BLACK MOLD, which is the DIRECT CAUSE of my severe headaches, severe breathing difficulties, and coughing up blood. I have already it tested, and the BLACK MOLD issue is NOT "just gonna go away". I personally have knowledge of serious Legal and Financial 'Ramifications' regarding the VERY SERIOUS ISSUE OF BLACK MOLD, THROUGHOUT FCI BEAUMONT !! Additionally, I MUST be transferred to the Federal Bldg. Downtown Houston so I can get treated there, or by their appointments for my Plantar Fascia (Very Painful), Arrhythmia (Heart), Stress to poor vision, Back & Hip Pain, Numbness of feet, toes, fingers,

Frequent Urinations,   DATE  5-19-18   *Dan S Without Prejudice*   SIGNATURE OF REQUESTER ... Recourse.

**Part B– RESPONSE**

_____
　　　　　DATE　　　　　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                                RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP–229(13)
　　DATE              Printed on Recycled Paper                                              APRIL 1982
USP LVN

TRULINCS 29163380 - SMITH, DANIEL THOMASON - Unit: BMM-Q-B

--------------------------------------------------------------------------------------------------------

FROM: 29163380
TO: Case Management Coordinator MED
SUBJECT: ***Request to Staff*** SMITH, DANIEL, Reg# 29163380, BMM-Q-B
DATE: 05/02/2018 02:26:59 PM

To: Ms. J. Rich
Inmate Work Assignment: Imperative Need

Ms. Rich, I have written several letters to you. I am need of a transfer, due to my Severe Headaches, Severe Breathing Difficulties, and coughing up blood, pursuant to and directly caused by the Black Mold, which is pervasive and prevalent throughout the entire F.C.I. Beaumont. I have already had it tested, Ms. Rich. The Legal and Financial ramifications are not only forthcoming, but are NOT going away, as a matter of fact. The Black Mold has been painted over, hidden, ignored, skirted, for a long long time. I have documentation to prove it. Nonetheless, my imperative need to simply be transferred to the Federal Building downtown Houston, is of imminent necessity. I have attempted to just get the medical unit to move me, but to no avail. They have me listed as a care level 1 and I would need a care level 3 for a medical transfer. I have several other medical issues that need to be addressed, but I can't get caught up in a plan of care here because they would place me on a medical hold; Thus, defeating the whole purpose of the original need, which is to transfer to the Federal Building downtown Houston. While I do not know why you have not responded to my cry for the transfer, I can say I am not going to "just forget about this subject", because I must get transferred. Plain and simple. Every night that I lie down, my pain and suffering is prolonged and the inhalation of the Black Mold is the direct cause to the pain and suffering, which are damages inflicted upon me. Please get me transferred to the Fed. Bldg. downtown Houston. Sincerely, Daniel . Without Prejudice/Without Recourse.

Ms. Rich states, "I don't qualify due to a release date of 2040".
1. That it getting nullified.
2. That it irrelivant, especially when my health issues require the transfer).

STANDARDS & ACCREDITATION DEPARTMENT

From: Daniel T. Smith                    To: American Correctional
FCI BEAUMONT (Medium)                    Department
UM # 29163-380                           Association of above
P.O. Box 26040                           Standards & Accreditation
Beaumont, tTexas                         Department
                                         206 North Washington
       77720                             Street Suite
                                                   200
                                         Alexandria, Virginia
                                                   22314

Dear Sir(s), Madam                  April 2, 2018

The understanding is, there will be an "inspection" of the
FCI BEAUMONT (Medium) facility on approx. May 20, 2018.

I must provide some not so earth shattering news regarding
the ever prevalent Black Mold, which is all throughout the
"Compound"... Black Mold has been covered up, patched,
touched up, hidden, painted over again, until the health of
myself, many other inmates, and staff members, to instigate
numerous Tort Claims, which are STILL PENDING (Emphasis
Added). An enormous amount of staff and inmates have stated
they have lung spores, breathing difficulties, leading to
cruel and unusual punishment, which constitutes unlawful
imprisonment, and other Human and Civil Rights which have
been, and are currently being violated.

For the record, please see attached, my Tort Claim claiming
damages for health issues and related damages for the Black
Mold. Also, the NON Compliant behavior of the staff, and the
Respondent, Dallas B. Jones (Acting Warden for FCI BEAUMONT
Medium) for their deliberate violations of Federal Criminal
Statutory Codes related to Mail Fraud. Emphasis Added.

So, one must ask, how in the world can the named facility, which
clearly CANNOT demonstrate its compliance audit with nationally
established standards. Thus, Failure must be placed on the
"Report Card" for "Accreditation".

Additionally, the named facility and all other Beaumont Complex
Buildings, CANNOT pass a test of HONEST Accreditation Standards
because of simple violations like:

Too Many bunks (3 stacked for 2 men per cell) per cell creating
Fire Hazard Evacuation etc... ONLY ONE Man per cell Upstairs
as the buildings are sinking!!! You can see it with cracks in
slab!!! The Fire Alarm sounds off and then flashes for 30 min.
several times per day!! This causes a "real" fire to be ignored
when one occurs!!

Bottom Line: TOO MANY Men "stacked" per cell circumventing
County and State of Occupency, Fire, Hazards, standards, etc...

Only the beginning of damages to me and many other People.
April 2, 2018 Dan S. Without Prejudice)

Certified Mail Number: **7010 3090 0003 3372 9685**    Memorandum of Record

Daniel Thomason Smith                    INVOICE – First Notice
F.C.I. Beaumont (Medium)
c/o P.O. Box 26040
Beaumont, Texas 77720                    Date: June 15, 2018
TRT-SCR-2018-03895
TRT-SCR-2018-03402
To:
President Donald Trump; Vice-President Mike Pence; All U.S. Senators; Dept. of Justice (U.S. Atty. General);
Dept. of Health and Human Services (Director); Bureau of Prisons (Director); Acting Complex Warden (Dallas B.
Jones); Correct Care Solutions/Medical League Concepts; Secretary of State of Washington D.C. AND Texas; and
ALL Employees/Officers names known and unknown;
344 Marine Forces Drive
Grand Prairie, Texas  75051
Lien Debtor                              Date: **June 15, 2018**

Billed/Invoiced:

Unlawful and Harmful Detention/False Imprisonment; Physical Restraint;    Amount: $75,000,000.00
Distress; Physical, Mental and Emotional Anguish; Fraud;
violations of both State and Federal statute of 'Equal Protection of Law';
violations of the UNITED STATES; and violations of both Civil and Human Rights
**and physical and mental anguish and health issues**
**directly related to the BLACK MOLD, AND Mail Fraud.**

Total Amount due and payable...(in 30 days)...                Amount: $75,000,000.00

        Please send your check for the full amount (or make payment arrangements) per the above amount
SUM CERTAIN due.

                                        _Daw Smith_

                                        Authorized Representative on behalf of
                                                      , Ens Legis

                          ACKNOWLEDGEMENT

STATE OF TEXAS

County of Jefferson

SUBSCRIBED TO AND SWORN before me this _18_ day of _June_ , 2018, a Notary,
that _Daniel T. Smith_ personally appeared and known to me to be the man whose name subscribed to the
within instrument and acknowledgement to be the same.

_Duane Griffin_ Seal:
Notary Public in and for said State

My Commission Expires: _11-6-2021_

DUANE ANTHONY
Notary Public, State of Texas
Comm. Expires 11-06-2021
Notary ID 131341350

1–INVOICE                    Page 1 of 2        7010 3090 0003 3372 9685
                                                      Item #
                                                Certified Mail #

TO: The Regional Director
Designation Sentencing &
Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

FROM: Daniel T. Smith
    Reg.# 29163-380
F.C.I. BEAUMONT (Medium)
c/o P.O. Box 26040
Beaumont, Texas 77720

Date: May 24, 2018    Certified Mail 7010 3090 0003 3368 7473

Had to ReSend  7010 3090 0003 3372 6882

Dear Sir,

This is the fourth letter that I write to you, expressing my
immediate and imperative need for the transfer to the Federal
Building in downtown Houston (FDC Houston), as I have serious
substantive reason for such a demand, clearly emphasized in
the following pages.

Please find enclosed the local remedy process protocol, which
is to no avail, due to the "no care mentality" of the staff
within the F.C.I. Beaumont (Medium).

My need to be transferred is due and pursuant to the **BLACK
MOLD**, which I cannot be subjected to a continuation of inhaling
the 'air' within the F.C. Complex BEAUMONT. Period.

Everything enclosed speaks for itself and magnifies, intensifies,
and exaggerates my Legal Proceedings regarding the simple
necessity to **EXIT** the entire F.C.C. Beaumont. **The substantiation
of cause is overly obvious so your intervention to get me
transferred is in the high interest of the office or title
which you currently hold.** I have already had the BLACK MOLD
tested and the health issues I sustain at present are in direct
relation to the BLACK MOLD issue, which is not "just gonna go
away", nor are the serious Legal and Financial Ramifications
forthcoming.

The response from Ms. Rich, (D.C.M.C.) which is attached, holds
absolutely no 'water', since "qualification" is absurd when
I **MUST** be transferred for negligence that Beaumont incurs

and you can entrust that I have included this letter to be
incorporated right into the lawsuit following the Tort Claim
already in process.

So, I remain with sincerity.

cc. File
RM; D.W.C.

Without Prejudice/Without Recourse

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**South Central Regional Office**

_U.S. Armed Forces Reserve Complex_
_344 Marine Forces Drive_
_Grand Prairie, TX   75051_

MAY 1 0 2018

Daniel Smith
Register Number 29163-380
Federal Correctional Institution Medium
Post Office Box 26040
Beaumont, Texas 77720

against F.C.I.
Beaumont
Medium

Re:  Administrative Tort Claim - TRT-SCR-2018-03402 and
     TRT-SCR02018-03895

Mr. Smith:

It was determined that the two above referenced claims are
duplicates.  Therefore, claim number TRT-SCR-2018-03895 will be
closed and your claim will be processed under claim number
TRT-SCR-2018-03402.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/bkv



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

Exhibit - Hide from Mandatory Oath

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

AUG 23 2018

**DATE MAILED:**
**Certified Receipt: 7017 0190 0000 5316 9571**

Daniel Smith
Reg. No. 29163-380
FCI Beaumont Medium
P.O. Box 26040
Beaumont, Texas 77720

Re:    Administrative Tort Claim No. TRT-SCR-2018-03402

Dear Mr. Smith:

Your claim has been investigated and considered for administrative settlement under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and authority granted by 28 C.F.R. § 0.172.  You seek monetary damages in the amount of $75,000,000.00 for personal injury you allege you sustained as a result of Federal Bureau of Prisons' staff failure to send out your certified mail and exposure to mold at the Federal Correctional Institution Beaumont Medium.

Section 2672 of the FTCA delegates to each Federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

An investigation was conducted into the allegations of your claim.  Staff sent your certified mail to the United States Postal Service in a timely fashion and confirmed that the mail was delivered to the intended recipient.  Additionally, Title 28 U.S.C. 2680(b) holds that the provisions of the Federal Tort Claims Act do not apply to any claim arising out of the loss, miscarriage or negligent transmission of letters or postal matter.  There was also no evidence to substantiate your claim that you were harmed by an exposure to mold at FCI Beaumont Medium.  As there is no evidence you sustained an injury caused by the negligent or wrongful act or omission of any employee of the United States acting within the scope of his or her employment, this claim is denied.

If you are not satisfied with this decision, you have six (6) months from the date of this letter in which to file a lawsuit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/mjh

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN    DISTRICT OF  TEXAS
### BEAUMONT DIVISION

Daniel Thomason Smith                    SUMMONS IN A CIVIL CASE
V.
See Attached Please                      CASE NUMBER:

TO:(Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

:

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendants dwelling house or usual place of abode with a person of suitable age and    discretion then residing therein
    Name of person with whom the summons and complaint were left:_____
_____

☐ Return unexecuted:_____
_____
_____
_____

☐ Other *(specify):*_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                    *Date*                                  *Signature of Server*

                                                _____
                                                *Address of Server*

To the Clerk, Beaumont Division
Eastern District of Texas

Dear Sir or Madam,
Enclosed please find my summons and complaint, along with my Informa Pauperis regarding the action enclosed.

Please advise me as to when service of all Defendants has been accomplished so that I may track the time frame for answers due.

Please communicate with me at the following address:

F.C.I. Beaumont (Medium)
Reg.# 29163-380
C/O P.O. Box 26040
Beaumont, Texas  77720

Thank You Very Much
Warmest Regards,

Daniel Thomason Smith   UCC 1-308   11-30-18

Please find hand written Addresses of Defendants, respectfully.